UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SETANTA SPORTS NORTH AMERICA
LIMITED, as Broadcast Licensee of the
March 282, 2007 Greece/Malta Soccer Program,

                    Plaintiff,                   ORDER
                                                      07 CV 2947 (ILG) (MDG)
       -against-

PALEFIP OF NEW YORK S.C., INC. f/k/a
PANATHINAIKOS FAN CLUB OF NY,

                    Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

       A Clerk's Certificate of Default having been entered on October 29, 2007, this matter is hereby referred to Magistrate Judge Marilyn D. Go to conduct an inquest and to report and recommend on the issue of damages.

       SO ORDERED.

Dated:       Brooklyn, New York
                November 1, 2007

                                                            S/
                                                    I. Leo Glasser